# GENERAL COURT, (E. S.) APRIL TERM, 1803.

## PARROTT *vs.* GIBSON.

In an action by the assignee of a bond, under the act of 1763, *ch.* 23, against the assignor, it is not necessary to prove the execution of the bond.

DEBT upon a writing obligatory, which the defendant had *assigned* to the plaintiff, under the act of 1763, *ch.* 23, and upon which the plaintiff, without

But there must be proof that the assignee used due diligence to recover the money from the obligor in the bond, and that the assignment was signed and *sealed* by the assignor.

neglect or delay, brought suit against the *obligor*, who was committed on a surrender by his bail. *Nil Debet* pleaded, and issue joined.

*Earle* and *J. Bayly*, for the defendant, contended, that the bond, until its execution was proved, could not be offered in evidence to prove the *assignment*, and that *nil debet* was the only plea that left the defendant at liberty to make the objection. That the suit was collateral to the bond, which was but inducement where the assignee sues in his own name.

*Carmichael* and *Houston*, for the plaintiff, contended, that if the bond was only inducement it was still less necessary to prove it.

CHASE, Ch. J. The court are of opinion, that it is not necessary to prove the execution of the bond. The assignee takes the assignment on the credit of the assignor, and having paid a consideration has a right to resort to the obligee, having used due diligence to recover the money from the obligor. The assignment must be proved, and that the plaintiff has used due diligence to get the money from the obligor.

The witness to the *assignment* was then produced, who proved his own subscription, and that of the defendant in his presence. But he could not prove that the defendant affixed his seal to it.

CHASE, Ch. J. To support a suit under the act of assembly against the assignor of a bond, there must be proof that the assignment was sealed by the assignor.

VERDICT FOR THE DEFENDANT.